**EXHIBIT 2:** INFRINGEMENT
URL: https://www.youtube.com/watch?v=s5XHGo_CTg4

