IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RDK NY INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )     NO. 3:25-cv-00142 |
| | ) |
| THE DAILY WIRE, LLC, | )     JUDGE RICHARDSON |
| | ) |
|     Defendant. | ) |

## ORDER

Plaintiff has filed a Notice of Voluntary Dismissal (Doc. No. 13, Notice). The Notice was filed prior to Defendants filing either an answer or a motion for summary judgment in this matter. Under Fed. R. Civ. P. 41(a)(1)(A)(i), therefore, the Notice sufficed to dismiss this matter without any action on the part of the Court. The Notice states that dismissal is without prejudice, and thus under Rule 41(a)(1)(B) the dismissal in fact is without prejudice. Accordingly, the Court acknowledges that this action has been **DISMISSED** without prejudice, and the Clerk is directed to close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE